UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                 :
JOSHUA PICKAR,            :
              :
          Plaintiff,       :
              :         25-CV-1353 (JMF)
     -v-                :
              :              ORDER
INDIANA FEDERAL COMMUNITY DEFENDERS, :
INC., and MONICA FOSTER, ANGELA ELLEMAN, :
SARA VARNER, & JEAN GILES in their official :
capacities,                :
               :
          Defendants.      :
               :
------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

        On February 14, 2025, Plaintiff Joshua Pickar filed a Complaint bringing claims against his former employer, Indiana Federal Community Defenders, Inc., and several of its employees. *See* ECF No. 1. On March 6, 2025, the Court received a letter by email from Defendants requesting that the Complaint be sealed in its entirety or, alternatively, that it be made available on the docket only in redacted form.

        The Court's Individual Rules and Practices in Civil Cases, available at https://nysd.uscourts.gov/hon-jesse-m-furman, set out rules and procedures regarding requests to seal or redact documents. *See* Rule 7. Those rules require, *inter alia*, parties to meet and confer with opposing parties in order to narrow the scope of any proposed redactions and that requests to file under seal be filed on the docket unless there is "good cause" not to do so. *See* Rule 7(C)(i), (iv). Defendants are accordingly instructed to (1) confer with Plaintiff regarding the scope of their proposed redactions, (2) file a letter motion on the docket seeking leave to file their Letter Motion to Seal under seal, (2) file the Letter Motion to Seal on the docket in both unredacted and

redacted form, *see* Rule 7(C)(iii), (3) attach as an exhibit to the redacted version of the Letter Motion to Seal a copy of the Complaint with highlighted proposed redactions.  The Court notes that it is inclined to approve the redactions proposed by Defendants in the Letter Motion sent by email, but only to the extent that they would allow a reader to identify Defendants' clients and/or reveal confidential attorney-client communications.  By contrast, the Court is not inclined to redact Plaintiff's allegations on the ground that they are untrue and will cast Defendants in a bad light; if that rationale were valid, defendants would seek to seal complaints in nearly every case.

In light of the foregoing, the Letter Motion to Seal is denied without prejudice to renewal by filing as described above by **March 13, 2025**.  That said, pending Defendants' renewed application, the Clerk of Court is directed to temporarily limit viewing of the Complaint, ECF No. 1, on the docket to the Court and the parties.

SO ORDERED.

Dated: March 7, 2025
New York, New York

                                         JESSE M. FURMAN
                                    United States District Judge