UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
JOSHUA PICKAR,  :
:
:
Plaintiff,  :
:  25-CV-1353 (JMF)
-v-  :
:  ORDER
:
INDIANA FEDERAL COMMUNITY DEFENDERS,  :
INC., et al.,  :
:
Defendants.  :
:
------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

     Plaintiff's Letter Motion to file his Letter Motion to Limit Redactions Under Seal, *see* ECF No. 15, is GRANTED, as the Court finds the redactions are narrowly tailored to reasons that justify overcoming the presumption in favor of public access to judicial documents. In keeping with Individual Rule 7(C)(iii), Defendants are directed to file a redacted version of their opposition to Plaintiff's motion, *see* ECF No. 19, on the docket, along with a letter motion seeking leave to file their opposition under seal. **Further, the parties are cautioned that, going forward, they should ensure strict compliance with the Court's Individual Rules and Practices, including but not limited to the provisions that govern sealing and redactions; the Court should not have to issue an order each time the parties file something directing their compliance.**

     With respect to the parties' disputes about the scope of the proposed redactions, the Court agrees with Plaintiff's proposed redactions — which are more narrowly tailored to the reasons justifying redaction that the Court previously endorsed — except that the dates set forth in Paragraphs 146, 156, 173 (which is not noted by Defendants), and 194 shall be redacted. No later than **April 10, 2025**, Plaintiff shall file the Complaint with the approved redactions.

     Finally, Plaintiff is directed to promptly file proof of service of the summons and Complaint on the docket to ensure that the Court can determined the deadline for Defendants to answer or otherwise respond to the Complaint.

     The Clerk of Court is directed to terminate ECF Nos. 11, 15.

     SO ORDERED.

Dated: April 4, 2025
       New York, New York
                                              JESSE M. FURMAN
                                              United States District Judge