UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                                                   :

JOSHUA PICKAR,                                                :

                           Plaintiff,                          :                        25-CV-1353 (JMF)

                                                                      :

              -v-                                      :                              ORDER

                                                                      :

INDIANA FEDERAL COMMUNITY DEFENDERS,  :
INC., et al.,
                                                                      :

                         Defendants.          :

                                                                      :
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       All parties shall appear for a conference with the Court on **July 30, 2025** at **10:00 a.m.**, to discuss Defendants' motion for a protective order, ECF No. 44.

       The conference will be held remotely by telephone in accordance with Rule 3.B of the Court's Individual Rules and Practices in Civil Cases, available at https://nysd.uscourts.gov/hon-jesse-m-furman.  The parties should join the conference by calling the Court's dedicated conference line at (855) 244-8681 and using access code 2303 019 3884, followed by the pound (#) key.  When prompted for an attendee ID number, press the pound (#) key again.  Counsel should review and comply with the rules regarding teleconferences in the Court's Individual Rules and Practices in Civil Cases, including Rule 3(B)(i), which requires the parties, **no later than 24 hours before the conference**, to send a joint email to the Court with the names and honorifics (e.g., Mr., Ms., Dr., etc.) of counsel who may speak during the teleconference and the telephone numbers from which counsel expect to join the call.

       SO ORDERED.

Dated: July 28, 2025
       New York, New York

                                                              _____
                                                                 JESSE M. FURMAN
                                                             United States District Judge