UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
JOSHUA PICKAR,  :
:
                      Plaintiff,  :
:      25-CV-1353 (JMF)
   -v-  :
:      ORDER
:
INDIANA FEDERAL COMMUNITY DEFENDERS  :
INC., et al.,  :
:
                    Defendants.  :
:
------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

    As stated on the record during the teleconference held earlier today:

- Plaintiff's motion to strike, ECF No. 45, is GRANTED as to affirmative defenses 1, 14-16 (inclusive), and 23, and, as to IFCD only, as to affirmative defenses 10, 20, and 22, and it is otherwise DENIED.

- No later than **12:00 p.m.** on **August 5, 2025**, the parties shall either (1) jointly file a protective order that has been agreed upon by both parties or (2) in the event that the parties are unable to agree on the terms of a protective order, each file a proposed protective order and a letter, not to exceed two pages, stating reasons why the Court should adopt that party's protective order. If the parties each file their own proposed protective orders, they should also file a redline showing differences between the two proposed orders.

The Clerk of Court is directed to terminate ECF Nos. 44, 45.

    SO ORDERED.

Dated: July 30, 2025
       New York, New York
                                                JESSE M. FURMAN
                                                United States District Judge