UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
JOSHUA PICKAR,	:
:
                     Plaintiff,	:
:       25-CV-1353 (JMF)
     -v-	:
:       <u>ORDER</u>
INDIANA FEDERAL COMMUNITY DEFENDERS	:
INC., et al.,	:
:
                     Defendants.	:
:
------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      Defendants correctly point out that the Court's July 30, 2025 Order erroneously listed the affirmative defenses that were stricken on the record during the conference held earlier in the day. Plaintiff's motion to strike, ECF No. 45, was *not* granted as to affirmative defense 23; instead, it was granted as to affirmative defense 24. Thus, the following affirmative defenses have been stricken: 1, 14-16 (inclusive), and 24, and, as to IFCD only, 10, 20, and 22.

      SO ORDERED.

Dated: July 31, 2025
       New York, New York

                                                         JESSE M. FURMAN
                                         United States District Judge