```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
JOSHUA PICKAR,                                                         :
                              Plaintiff,                               :
                                                                       :          25-CV-1353 (JMF)
           -v-                                                         :
                                                                       :              ORDER
                                                                       :
INDIANA FEDERAL COMMUNITY DEFENDERS                                    :
INC., et al.,                                                          :
                                                                       :
                              Defendants.                              :
                                                                       :
-----------------------------------------------------------------------X
```

JESSE M. FURMAN, United States District Judge:

It is hereby ORDERED that counsel for Plaintiff — including former counsel, Marshall Bellovin — appear for a conference with the Court on **November 18, 2025, at 3:30 p.m. Defendants may, but need not, appear.** Plaintiff's counsel should be prepared to discuss the pending motion for the disbursement of fees.

The conference will be held remotely by telephone in accordance with Rule 3.B of the Court's Individual Rules and Practices in Civil Cases, available at https://nysd.uscourts.gov/hon-jesse-m-furman. The parties should join the conference by calling the Court's dedicated conference line at (855) 244-8681 and using access code 2303 019 3884, followed by the pound (#) key. When prompted for an attendee ID number, press the pound (#) key again. Counsel should review and comply with the rules regarding teleconferences in the Court's Individual Rules and Practices in Civil Cases, including Rule 3(B)(i), which requires the parties, **no later than 24 hours before the conference**, to send a joint email to the Court with the names and honorifics (e.g., Mr., Ms., Dr., etc.) of counsel who may speak during the teleconference and the telephone numbers from which counsel expect to join the call.

No later than **November 17, 2025**, at **10 a.m.**, counsel from Gusrae Kaplan Nusbaum PLLC shall provide actual notice and courtesy copies of the filed motion, *see* ECF No. 77, and this Order to Marshall Bellovin. Counsel shall promptly file proof of such service on ECF.

SO ORDERED.

Dated: November 14, 2025
       New York, New York
                                                     _____
                                                          JESSE M. FURMAN
                                                       United States District Judge