UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                               :
JOSHUA PICKAR,                        :
                               :
               Plaintiff,        :
                               :       25-CV-1353 (JMF)
    -v-                           :
                               :             ORDER
INDIANA FEDERAL COMMUNITY DEFENDERS  :
INC., et al.,                              :
                               :
               Defendants.   :
                               :
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       As stated on the record during the teleconference held yesterday:

- Gusrae Kaplan Nusbaum PLLC ("GKN") is hereby directed to release to Plaintiff all settlement funds except the portion — 25% of the total plus $5,260 — potentially subject to a charging lien. That portion shall remain in GKN's escrow account pending further order of this Court.

- Pursuant to N.Y. Jud. § 475, Ballon Stoll P.C. ("Ballon Stoll") shall file a Petition to enforce its charging lien no later than **December 9, 2025** — but only after conferring with any adverse parties to see if the issues can be resolved without Court involvement. Any opposition to that Petition shall be filed no later than **January 6, 2026**. No reply may be filed absent prior leave of Court.

- In the case of discovery disputes, the parties should follow Local Civil Rule 37.2 with the following modifications. Any party wishing to raise a discovery dispute with the Court must first confer in good faith with the opposing party, in person or by telephone, in an effort to resolve the dispute. If this meet-and-confer process does not resolve the dispute, the party shall, in accordance with the Court's Individual Rules and Practices in Civil Cases, promptly file a letter-motion, no longer than three pages, explaining the nature of the dispute and requesting an informal conference. Any letter-motion seeking relief *must* include a representation that the meet-and-confer process occurred and was unsuccessful. Any opposition to a letter-motion seeking relief shall be filed as a letter, not to exceed three pages, within three business days. Counsel should be prepared to discuss with the Court the matters raised by such letters, as the Court will seek to resolve discovery disputes quickly, by order, by conference, or by telephone.

The Clerk of Court is directed to terminate ECF Nos. 77 and 80.

SO ORDERED.

Dated: November 19, 2025
       New York, New York

_____
JESSE M. FURMAN
United States District Judge